| Date | | Entry |
|---|---|---|
| 2/24/69 | 1 | Filed motion of defendants Schenley Industries, Inc., The Buckingham Corp., and Affiliated Distrillers Brands Corp., to transfer for consolidated pretrial proceedings the case pending in Colorado to the District of New Jersey. |
| 3/3/69 | | As requested by plaintiff Reitman Induestries, Inc., filed extension of time for filing and serving responses to the motion to transfer to and including March 13, 1969. |
| 3/4/69 | 2 | Filed plaintiff Davis' response to averments and further averments in opposition to motion to transfer. |
| 3/4/69 | | Filed HEARING ORDER for March 31, 1969 in New York City. |
| 3/13/69 | | Mailed Notice of Hearing to counsel. |
| 3/19/69 | 3 | Filed reply brief of Schenley Industries, Inc. to averments by Davis Bros.; further averments; exhibit; reply brief; and proof of service. |
| 4/3/69 | 4 | Filed letter/response from plaintiff Reitman Industries to show caus order. |
| 4/23/69 | 5 | Filed ltr fr def. Schenley advising of further developments in C.A. No. 1309-68 (N.J.) and enclosing copy of amended complaint. (dtd. 4/22) |
| 5/1/69 | 6 | Filed ltr fr. plaintiff Davis Bros. (Colo., No. C-1137) dtd. 4/29/69 responding to ltr fr. defendant Schenley. |
| 5/21/69 | | Filed OPINION AND ORDER of Panel stating ~~consolidation~~ litigation would not be best handled if consolidation in one district was ordered. (Author - Lord) |

OPINION AND ORDER FILED MAY 21, 1969 CITED AT 299 F. Supp. 543 (1969)

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 19 - MULTIDISTRICT TREBLE DAMAGE ANTITRUST LITIGATION INVOLVING DISTRIBUTION OF SCOTCH WHISKEY

NT-5/21/69

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|------------|----------------|-------|----------|
| A-1 | Davis Bros., Inc. v. Schenley Industries, Inc., et al. | | Colorado | | C-1137 |
| A-2 | Reitman Industires, Inc., et al v. Schenley Industries, Inc., et al. | | New Jersey | | 1309-68 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 19 - MULTIDISTRICT TREBLE DAMAGE ANTITRUST LITIGATION INVOLVING DISTRIBUTION OF SCOTCH WHISKEY

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | *Carmelo E. Hautzinger* (handwritten)<br>Dawson, Nagel, Sherman & Howard<br>First National Bank Building<br>Denver, Colorado 80202 | JOHN V. ELLIOT CO.<br>Raymond J. Gengler, Esq.<br>1700 Broadway<br>Denver, Colorado<br><br>Maurice J. Walsh, Esq., 29 South LaSalle St., Chicago<br><br>Francis X. Cuisinier, Esq., 11 South LaSalle St., Chicago<br><br>SCHENLEY INDUSTRIES, INC., & AFFILIATED DISTILLERS BRANDS CORP.<br>Leon Silverman, Esquire, ~~120 Broadway~~<br>Strasser, Spiegelberg, Fried & Frank, 120 Broadway, New York<br><br>Benjamin F. Stapleton, Esq., Ireland, Stapleton, Pryor & Holmes, 1700 Broadway Denver, Colo.<br><br>Albert G. Besser, Esq., Hannoch, Weisman, Stern & Besser, 744 Broad St., Newark<br><br>Leonard J. Emmerglich, Esq., 1000 Connecticut Ave., Wash., D.C.<br><br>THE BUCKINGHAM CORP.<br>Peter H. Holmes, Jr., Esq., Holmes, Roberts & Owen, 1700 Broadway, Denver, Col.<br><br>Joseph LeVan Steinberg, Esq., Lowenstein, Sandler, Brochnin & Kohl, 744 Broad St., Newark, N.J. |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-2 | ~~Wellring, Lindeman & Landau~~<br>~~1180 Raymond Boulevard~~<br>~~Newark, New Jersey 07102~~<br><br>Jerome C. Eisenberg, Esq.<br>Clapp & Eisenberg<br>744 Broad Street<br>Newark, N.J. 07102 | RENFIELD IMPORTERS LTD.<br>Riker, Danzig, Scherer & Brown<br>744 Broad Street, Nwaark 07102<br><br>MAJESTIC WINE & SPIRITS INC., JOSEPH H. REINFELD, INC., SAMUEL REINFELD AND SAUL REINFELD<br>Lasser & Krieger, 744 Broad St., Newark 07102<br><br>KASSER DISTILLERS PRODUCTS CORP.<br>John A. Yacovelle, Jr., Esq., 300 Marlton Turnpike, Cherry Hill, New Jersey 08304<br><br>BERNARD GOLDBERG<br>Hannoch, Weisman, Stern & Besser, 744 Broad St., Newark, N.J. 07102<br><br>CHARLES BECHERT<br>Lowenstein, Sandler, Brochin & Kohl<br>744 Broad St., Newark 07102<br><br>BEST BRANDS, INC., LE. JUNE & WULFF CO., INC.<br>Ireland, Stapleton, Pryor & Holmes, 1700 Broadway, Denver 80202<br><br>JOHN V. ELLIOT CO., JOHN V. ELLIOTT & WALTER JAHN<br>Crummy, Gibbons & O'Neill, 11 Commerce St., Newark 07102<br><br>Lewis S. Rosensteil, Conyers Farm, North St., Greenwich, Conn. |